UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONCRETE JUNGLE, LLC and
GREAT EXPECTATIONS, LLC,

       Plaintiffs,

v.

ICON COMMERCIAL LENDING, INC.,
RANDALL J. FARR, and BRENT
WATSON,

       Defendants.
       _____/

Case No. 16-14114

Honorable Nancy G. Edmunds

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## JUNE 28, 2017 REPORT AND RECOMMENDATION [31]

In a report and recommendation ("R & R") issued on June 28, 2017, Magistrate Judge Mona K. Majzoub recommends that the Court (i) deny Plaintiffs' motion for a default judgment and to strike Defendants' answer to the complaint, and (ii) grant Defendants' motion to set aside the clerk's entry of their defaults. No objections have been filed to the R & R, and the deadline for doing so has passed.

"[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citation omitted). Nonetheless, having reviewed the R & R, the parties' underlying motions, and the remainder of the record, the Court fully concurs in the Magistrate Judge's analysis, and therefore ACCEPTS and ADOPTS the Magistrate Judge's R & R.

Accordingly, it is hereby ordered, for the reasons stated in the R & R, that Plaintiffs' February 28, 2017 motion for default judgment and to strike answer [Dkt. 14] is DENIED. It is further ordered that Defendants' May 12, 2017 motion to set aside default [Dkt. 21] is GRANTED.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: August 3, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 3, 2017, by electronic and/or ordinary mail.

s/Carol J. Bethel
Case Manager